## Penn Furniture Company *v.* Pennsylvania Lumbermen's Mutual Fire Insurance Company, Appellant.

Argued April 10, 1911. Appeal, No. 122, April T., 1911, by defendant, from judgment of C. P. Crawford Co., May T., 1910, No. 27, for plaintiff in case stated in suit of Penn Furniture Company v. Pennsylvania Lumbermen's Mutual Fire Insurance Company of Philadelphia. Before RICE, P. J., HENDERSON, ORLADY, HEAD, BEAVER and PORTER, JJ. Affirmed.

OPINION BY ORLADY, J., May 11, 1911:

This case was argued with an appeal taken by the Lumbermen's Mutual Fire Insurance Company of Mansfield, Ohio, from a judgment in favor of the same appellee, and depends upon the same case stated. For the reasons given in an opinion filed in Penn Furniture Co. v. Lumbermen's Mut. Fire Ins. Co., ante, p. 77, judgment in this case is affirmed.